**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FRANCISCO MARTIN ESTEBAN RODAS,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-03688-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 19, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE